OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
3/13/2015 PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
02 1R
0006557458    MAR 19 2015
MAILED FROM ZIP WR-83,003-0

PRESORTED FIRST CLASS

BARKER, CORA BELL        Tr. Ct. No. 1207562-A

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

CORA BELL BARKER
HOBBY UNIT - TDC #.1666355
742 FM 712
MARLIN, TX 76661

U T F